### Commonwealth *v.* Spader, Appellant.

Submitted June 16, 1967. *Albert Spader,* appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

### Commonwealth *v.* Szulczewski, Appellant.

Submitted June 16, 1967. *Menno B. Rohrer,* for appellant; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**